**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ANDERSON, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>Defendant(s). | CASE NUMBER:<br>LA CV 17-08019 JAK (FFMx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Marques T. Sutton</u>     X  Plaintiff   _ Defendant   _ Other _____
*Name of Party*

to substitute  <u>Alreen Haeggquist, Haeggquist & Eck, LLP</u>  who is

X   Retained Counsel     _ Counsel appointed by the Court (Criminal cases only) _ Pro Se

<u>225 Broadway, Suite 2050</u>
*Street Address*

<u>San Diego, CA 92101</u>                    alreenh@haelaw.com
*City, State, Zip*                              *E-Mail Address*

<u>(619) 342-8000</u>          (619) 342-7878          221858
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of   <u>Scott B. Cooper</u>
*List **all** attorneys from same firm or agency who are withdrawing*

_____

**is hereby GRANTED.**

Dated: December 1, 2017

                                                    /s/ John A. Kronstadt
                                                    John A. Kronstadt, U. S. District Judge