HAEGGQUIST & ECK, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-02074-VC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11<br><br><u>Potentially Related Case:</u><br><br>*Anderson v. FedEx Ground Package System, Inc.*<br>Case No. 4:18-CV-00907-JD |

This Court, having considered the administrative motion by Plaintiffs Robert Anderson and Marques T. Sutton to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11,

IT IS HEREBY ORDERED THAT the action entitled *Anderson v. FedEx Ground Package System, Inc.*, Case No. 4:18-CV-00907-JD, is hereby related to the action entitled *Hernandez v. FedEx Ground Package System, Inc.*, Case No. 3:17-cv-02074-VC;

IT IS FURTHER ORDERED THAT *Anderson v. FedEx Ground Package System, Inc..*, Case No. 4:18-CV-00907-JD, be reassigned to this Court for all further proceedings.

IT IS SO ORDERED.

DATED: April 4, 2018

Hon. Vince Chhabria
United States District Judge