BETSY JOHNSON, CA Bar No. 119847
betsy.johnson@ogletree.com
EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.


AEGIS LAW FIRM, PC
SAMUEL A. WONG, CA Bar No. 217104
SAMANTHA A. SMITH, CA Bar No. 233331
JESSICA L. CAMPBELL, CA Bar No. 280626
9811 Irvine Center Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiffs ROBERT ANDERSON
and MARQUES T. SUTTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON and MARQUES T. SUTTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00907-VC<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE JULY 10, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Date: July 10, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 4, San Francisco<br><br>Complaint Filed: September 29, 2017<br>Trial Date: None<br>District Judge: Hon. Vince G. Chhabria<br>Courtroom 4, San Francisco |

Plaintiffs Robert Anderson and Marques T. Sutton ("Plaintiffs") and defendant FedEx Ground Package System, Inc. ("Defendant") (together, the "Parties") have reached a settlement in principle of the claims in the above-referenced case. The Parties expect to finalize the long-form settlement agreement and for Plaintiffs to submit a Request for Dismissal within thirty (30) days.

In light of this settlement, the Parties respectfully request that all current deadlines and hearings be vacated, including specifically the July 3, 2019 deadline to submit a Case Management Statement, and the Case Management Conference set for July 10, 2019. The Parties will submit a proposed order to that effect for the Court's consideration.

Respectfully submitted,

DATED: July 1, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Alexander M. Chemers
Betsy Johnson
Evan R. Moses
Alexander M. Chemers

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

DATED: July 1, 2019

AEGIS LAW FIRM, PC

By: /s/ Samantha A. Smith

Attorneys for Plaintiffs ROBERT ANDERSON and MARQUES T. SUTTON

## LOCAL RULE ATTESTATION

I, Alexander M. Chemers, am the ECF user whose ID and password are being used to file this Joint Notice of Settlement and Request to Vacate July 10, 2019 Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that all counsel of record have concurred in the filing of this document with their electronic signatures.

DATED: July 1, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Alexander M. Chemers
Betsy Johnson
Evan R. Moses
Alexander M. Chemers

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.