UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM INC., <br><br> Defendant. | Case No. 18-cv-00907-VC <br><br> **ORDER RE JULY 10, 2019, CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 53 |

In light of the parties' notice of settlement, *see* Dkt. No. 53, the case management conference is rescheduled from July 10, 2019, to August 21, 2019. The parties may file a stipulation requesting to vacate the CMC once they've filed their request for dismissal.

**IT IS SO ORDERED.**

Dated: July 3, 2019

VINCE CHHABRIA
United States District Judge